■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL ELLIOT, Appellant. [778 NYS2d 892]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered June 4, 2001, convicting him of criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Altman, J.P., H. Miller, Townes and Fisher, JJ., concur.